IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF CRESTVIEW, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:09cv95-MHT (WO) |
| ANTHONY M. DOMINIC, SR., BETTY B. DOMINIC, ANTHONY M. DOMINIC, JR., and KARA M. DOMINIC, | ) ) ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 9), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of May, 2009.

                                   /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE